## (December 13, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE NOTO, Petitioner, v PHILIP COOMBE, as Superintendent of Eastern Correctional Facility, Respondent. — Application, pursuant to CPLR 7002 (subd |b], par 2), for writ of habeas corpus denied upon the ground that it appears from the papers submitted that petitioner is not illegally detained (CPLR 7003, subd [a]). Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

■ In the Matter of the Claim of ALBERT SODDANO, Appellant, v ANCHORAGE WOODS OF N. J., INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs, upon the ground that a referee's decision is not appealable to this court (Workers' Compensation Law, § 23; *Matter of Dingman v General Fibre Box Co.*, 35 AD2d 682). Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.